FILED

APR 28 2014

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

JILLIAN MCCUNE and JASON MCCUNE,
husband and wife, and JILLIAN MCCUNE,
as Guardian and Next Friend of L.M.,
an infant under the age of 18 years:

      Plaintiffs,

v.                                CIVIL ACTION NUMBER: 1:13-CV-239

ALL PRO FREIGHT SYSTEMS, INC.,
An Ohio Corporation; and PATRICK
J. CORENO, an individual,

      Defendants.

### DISMISSAL ORDER

This day came the parties to the above-styled civil action, by their respective counsel, and jointly moved the Court, by agreement, to dismiss the Complaint filed herein and this action from the docket of this Court without prejudice.

Upon due consideration, the Court does hereby grant said Joint Request and does **ORDER** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE** as to all parties and removed from the Court's docket, with each party to bear its own attorneys' fees and expenses.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 28th day of April, 2014.

_____
The Honorable Irene M. Keeley, District Judge

PRESENTED AND AGREED TO BY:

_____      _____ by permission given to TNG
Troy N. Giatras, Esq. (WVSB #5602)      Trevor K. Taylor, Esq. (WVSB #8862)
*The Giatras Law Firm, PLLC*      *Taylor Law Office*
118 Capitol Street, Suite 400      34 Commerce Drive, Suite 201
Charleston, West Virginia 25301      Morgantown, WV 26501
(304) 343-2900      (304) 225-8529
*Counsel for Plaintiffs*      *Counsel for Defendant, All Pro Freight Systems, Inc.*